JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JONATHAN-WILLIS TAYLOR,

Plaintiff,

v.

COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES DEPT MENTAL HEALTH; A COMMUNITY OF FRIENDS; SECTION 8 HOUSING-HACLA WEST; EXODUS RECOVERY INC, MARENGO; JAMES RAMIREZ; ANNETTE ANA M HABERT; MARISOLA CASTORENA; AMY, Fox Normandie Property Manager; and EDDIE PINA,

Defendants.

Case No. 2:25-cv-09447-SPG-DTB

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the above-captioned

case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 22, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE